IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON SANCHEZ, | : | No. 4:13-CV-1386 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| LOUIS FOLINO, *Superintendent, et.al.,* | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**O R D E R**

July 16, 2013

The undersigned has given full and independent consideration to the June 28, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 12. No objections have been filed.

Because this Court agrees with Judge Schwab's recommendation that defendant Chief Grievance Coordinator Tracy Williams be dismissed and the action be transferred to the Western District of Pennsylvania, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's June 28, 2013 Report and Recommendation is ADOPTED in full. ECF No. 12.

2. Defendant Chief Grievance Coordinator Tracy Williams is DISMISSED from the action.

3. Plaintiff's Motion to Proceed *In Forma Pauperis* is GRANTED. ECF No. 8.

4. Plaintiff's Motions to Appoint Counsel and for Preliminary Injunction/Temporary Restraining Order are deferred to the transferee court. ECF Nos. 2 and 4.

5. The clerk is directed to transfer Civil Action Number 4:13-CV-1386 to the Western District of Pennsylvania.

6. The clerk is directed to close the file.

                            s/ Matthew W. Brann
                            Matthew W. Brann
                            United States District Judge